# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**LEONARD DOUGLAS (#601998), ET AL.**

**VERSUS**

**STATE OF LOUISIANA, ET AL.**

**CIVIL ACTION**

**NO. 17-144-JWD-RLB**

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in Magistrate Judge's Report dated December 27, 2017, to which no objection was filed:

**IT IS ORDERED** that the Court declines to exercise of supplemental jurisdiction over any potential state law claims, and that the plaintiff's action be dismissed, with prejudice, as legally frivolous, and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Signed in Baton Rouge, Louisiana, on January 12, 2018.

								_____
								JUDGE JOHN W. deGRAVELLES
								UNITED STATES DISTRICT COURT
								MIDDLE DISTRICT OF LOUISIANA